## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                          **Case No. 4:14-cr-00029-KGB-1**

**AUSTIN B. COBURN**                                                                          **DEFENDANT**

### ORDER

Before the Court is the United States' motion to dismiss information now pending against defendant Austin B. Coburn (Dkt. No. 2). The United States' motion to dismiss information is granted, and the information now pending against Mr. Coburn is hereby dismissed.

SO ORDERED this 14th day of February, 2014.

_____
Kristine G. Baker
United States District Judge